Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*JoNell Thomas
Assistant Federal Public Defender
Nevada State Bar No. 4771
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jonell_Thomas@fd.org


*Attorney for Petitioner Jose Perez Torres

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Jose Perez Torres, | Case No. 2:26-cv-01598-CDS-EJY |
| Petitioner | **Order Granting Unopposed Motion for Extension of Time To File Amended Petition** |
| v. | |
| Todd Blanche, *et al.*, | **(First Request)** |
| Respondents | [ECF No. 6] |

Petitioner Jose Perez Torres, though undersigned counsel, requests the court extend the due date for his Amended Petition by 14 days, up to and including July 8, 2026. This is the first request for an extension.

The Court appointed the Federal Public Defender as counsel on June 3, 2026 ECF No. 3. The Amended Petition is due on Wednesday, June 24, 2026. Petitioner seeks a two-week continuance of this deadline.

Under this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, AUSA Virginia Tomova and AUSA Tamer Botros on June 23, 2026, to confer about this request for an extension. Respondents do not oppose this request.

This motion is not filed for the purpose of delay. Undersigned counsel has been diligently working on this matter and received relevant documents on June 23, 2026. Review and analysis of these documents are necessary to file the Amended Petition. Undersigned counsel respectfully asks this Court to extend the time to file the Amended Petition by two weeks, from June 24, 2026, to July 8, 2026.

Dated June 24, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ JoNell Thomas
JoNell Thomas
Assistant Federal Public Defender

**IT IS SO ORDERED.**

CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: June 24, 2026

2